IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELLE R. HELLBUSCH,<br><br>  Defendant. | 4:11CB3006<br><br>VIOLATION:  1157737<br><br>ORDER |

Upon motion of the government, the violation is dismissed.

IT IS SO ORDERED this 3rd day of January, 2013.

_____
CHERYL R. ZWART
United States Magistrate Judge